E. BRYAN WILSON
Acting United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 1:21-cr-00005-TMB-MMS |
|---|---|---|
| Plaintiff, | ) | COUNT 1: |
| | ) | WIRE FRAUD |
| vs. | ) | Vio. of 18 U.S.C. § 1343 |
| | ) | |
| JUSTYN DEAN RILEY, | ) | |
| | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

1.  JUSTYN DEAN RILEY made multiple fraudulent electronic bank transfers from on or about June 16, 2016 to June 30, 2018 for $34,783.13 from the bank accounts of his deceased father, Gene Riley, by utilizing electronic means to take funds from his father's personal Northrim account and depositing those funds into his father's corporate

Northrim account, G&C Disposal, in which he could access with his father's corporate debit card.

## THE SCHEME

2.	From on or about June 16, 2016, to June 30, 2018, in or near Yakutat, Alaska, the defendant, JUSTYN DEAN RILEY, participated in and intended to devise a scheme to defraud, Northrim Bank, to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## MANNER AND MEANS

It was part of the scheme that:

3.	Prior to June 2016, RILEY was employed by his father, Gene Riley at G&C Disposal in Yakutat, Alaska. RILEY's duties included at the direction his father to access the G&C Disposal corporate Northrim bank account via debit card and occasionally, at the direction of his father, RILEY conducted bank transactions, via telephone and other electronic means, using his father's personal Northrim bank account. Gene Riley had monthly benefit deposits in his personal Northrim bank account from his retirement, social security, and United States Postal Service survivor benefit administered by Office of Personnel Management (OPM).

4.	On June 16, 2016, Riley's father died. The benefits from his father's retirement ceased, however, Riley failed to notify the Social Security Administration (SSA) and United States Post Office survivor benefits paid by Office of Personnel Management (OPM) of his father's death. The SSA and OPM benefit payments continued to be deposited into his father's personal Northrim bank account. RILEY

continued to have unauthorized electronic access to his father's corporate and personal Northrim bank accounts via telephonic banking and the corporate debit card. Beginning on June 16, 2016, RILEY with the intent to defraud, began to make material misrepresentations using Northrim's telephonic banking and debit card to access his father's Northrim bank accounts in order to repeatedly make unauthorized fund transfers from his father's personal Northrim bank account into the corporate Northrim accounts in order to access those funds with his father's corporate debit card continuing up and until June 30, 2018.

5. Between June 16, 2016 and June 30, 2018, RILEY conducted multiple unauthorized wire transfers from his father's personal Northrim bank account by making repeated material misrepresentations though Northrim's telephone banking system by transferring funds to the corporate account, in which RILEY could access with debit card to which he was not entitled to for a total value of $34,783.13.

6. On or about the dates set forth below, in or near Yakutat, in the District of Alaska, the defendant JUSTYN DEAN RILEY had made multiple material misrepresentations for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds previously described above on multiple occasions, between the dates of June 16, 2016 through June 30, 2018.

//

//

//

All of which is in violation of Section 1343 of Title 18 United States Code.

RESPECTFULLY submitted on this 19th day of April, 2021, at Juneau, Alaska.

                                                E. BRYAN WILSON
                                                Acting United States Attorney

                                                s/ *Jack S. Schmidt*
                                                JACK S. SCHMIDT
                                                Assistant United States Attorney
                                                United States of America